# United States District Court

WESTERN DISTRICT OF WASHINGTON

United States of America

      v.

Jeremy Alexander Carson

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5304RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

     Defendant's Motion pursuant to 28 U.S.C. §2255 is **DENIED.** For the foregoing reasons as stated in this Order, the Court declines to issue a Certificate of Appealability because the defendant has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

| November 10, 2008 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | |
| | Jennie L. Patton |
| | Deputy Clerk |